HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRAIG ARROWOOD and CATHY ARROWWOOD, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INSURANCE AGENCY, INC.,<br><br>Defendant. | CASE NO. C10-5656 RBL<br><br>ORDER |

THIS MATTER is before the Court on Defendant's Motion for Summary Judgment [Dkt. #12] and Plaintiffs' Motion to Amend the Complaint [Dkt. #16]. The Court has reviewed the materials filed in favor of the motions and in opposition to the motions. The Court has conducted oral argument.

For the reasons recited on the record, the Court **GRANTS** the Motion for Summary Judgment [Dkt. #12] and **DENIES** the Motion to Amend the Complaint [Dkt. #16].

Dated this 4th day of November, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1